FILED MULTNOMAH CO CIRCUIT CT
'26 MAY 14 PM4:10

_Verified Correct Copy of Original 5/15/2026._

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR THE COUNTY OF MULTNOMAH**

JEWLIEN BATTLES,
Plaintiff,

26CV24459

v.

TESLA, INC.,
Defendant.

Case No.: ____________________

## CIVIL COMPLAINT / STATEMENT OF CLAIM

Product Liability; Negligence; Failure to Warn; Consumer Protection; Personal Injury; Property Damage; Emotional Distress

**Amount Claimed:**
Economic Damages: $200,000
Non-Economic Damages: $777,777
Total Damages Claimed: $977,777

Plaintiff Jewlien Battles states the following to the best of his knowledge, recollection, and available documentation:

### 1. Parties

Plaintiff Jewlien Battles is an individual who suffered injury, trauma, and damages connected to a vehicle fire involving a 2014 Tesla Model S on January 8, 2025 in Multnomah County, Oregon.

Defendant Tesla, Inc. is the manufacturer, designer, distributor, and/or responsible corporate entity for Tesla vehicles, including the Tesla Model S line and related battery, electrical, thermal-management, warning, and safety systems.

Maria Salcedo is identified as the owner of the vehicle involved in the fire. Maria Salcedo is not named as a defendant in this complaint. Plaintiff may use ownership documents, witness testimony, or other records from Maria Salcedo as evidence if necessary.

### 2. Vehicle and Incident Identification

The vehicle involved was a 2014 Tesla Model S, VIN 5YJSA1H12EFP62280.

Plaintiff states that the Tesla vehicle fire occurred on or about January 8, 2025, while the vehicle was traveling northbound on the Interstate 5 freeway in or near Multnomah County, Oregon.

Plaintiff states that the fire and related emergency caused physical injuries, including second-degree burns and burn marks/scars, and caused continuing trauma and ongoing effects through the present day.

Plaintiff states that he has video evidence of the vehicle fire and/or surrounding incident. Plaintiff can provide the video through the court, through a secure evidence link, by storage media, email if authorized by the proper recipient, or by other method ordered or accepted by the Court.

### 3. Factual Statement

Plaintiff states that he was in or immediately connected to the 2014 Tesla Model S when a fire emergency occurred on January 8, 2025 while traveling northbound on I-5.

Plaintiff states that the fire created an immediate danger to his life and safety. Plaintiff states that two or three gentlemen helped get him out of or away from the vehicle, and that without their help he believes he could have died within approximately 30 seconds.

Plaintiff states that emergency responders were called and that he was removed from the scene and transported by ambulance because of second-degree burns and related injury.

Plaintiff states that the second-degree burns and burn marks were documented by medical providers, including emergency records and later doctor documentation.

_Verified Correct Copy of Original 5/15/2026._

Plaintiff states that he continues to have scars, burn marks, physical pain, and emotional effects from the fire and accident to this day.

Plaintiff states that obtaining and presenting photos of his burn injuries is traumatic and emotionally difficult, but Plaintiff is willing to provide photographs, medical records, and documentation if required for settlement, court review, or proof of damages.

Plaintiff states that Tesla Model S / S 85 vehicles were high-end vehicles and that Plaintiff believes the battery, electrical, thermal-management, or related fire-risk defects in these vehicles were known or should have been known by Tesla. Plaintiff further states that recalls, defect information, or other safety information concerning Tesla Model S battery/fire risks are relevant to this claim and should be produced or considered.

## 4. Settlement Position and Reason for Prompt Resolution

Plaintiff states that he is attempting to resolve this matter through settlement because he is already disabled, continues to experience scars and ongoing effects from the accident, and does not want unnecessary additional trauma from prolonged litigation if Defendant will resolve the matter fairly.

Plaintiff states that this fire incident continues to affect him physically, emotionally, psychologically, and financially. Plaintiff seeks accountability, compensation, and closure.

Plaintiff is willing to provide video evidence, emergency records, ambulance records, medical records, doctor documentation, photographs of second-degree burns and scars, and witness information through appropriate legal, court-approved, or settlement channels.

## 5. Legal Basis for Claims

Oregon Product Liability Civil Action - ORS 30.900 et seq., including claims based on defective design, defective condition, failure to warn, and product-related personal injury/property damage.

Product liability and seller/manufacturer responsibility principles, including ORS 30.920, where applicable, for physical harm caused by an unreasonably dangerous product.

Negligence - Plaintiff states Tesla owed a duty to design, manufacture, inspect, warn, recall, and/or repair vehicles and battery systems in a manner reasonably safe for foreseeable occupants and users.

Failure to warn / failure to recall / failure to remedy - Plaintiff states Tesla knew or should have known of fire-related battery/electrical risks associated with Model S / S 85 vehicles and failed to adequately warn, repair, recall, or protect foreseeable users.

Oregon Unlawful Trade Practices Act, ORS 646.608 and ORS 646.638, to the extent Tesla represented or sold vehicles or services in a manner that was unfair, deceptive, misleading, or unsafe as applied to fire-risk defects and consumer safety.

Common-law damages for personal injury, property damage, emotional distress, trauma, loss of safety, medical costs, emergency treatment, pain, suffering, scarring, and continuing impairment.

## 6. Damages

Plaintiff seeks economic damages in the amount of $200,000. These economic damages include expected and past costs for emergency care, ambulance transport, medical care, treatment for second-degree burns, scar treatment or removal, therapy, psychiatric care, counseling, and related treatment that Plaintiff expects to need over approximately the next 10 years because of this incident.

Plaintiff seeks non-economic damages in the amount of $777,777. These non-economic damages include pain, suffering, trauma, fear of death, emotional distress, humiliation, anxiety, loss of safety, permanent or continuing scars/burn marks, and the ongoing psychological impact of being trapped in or near a burning Tesla and needing witnesses to help pull him out or away from danger.

Total damages claimed: $977,777.

Plaintiff does not include or discuss any insurance payment, insurance settlement, or insurance amount in this complaint.

## 7. Evidence and Exhibits

_Verified Correct Copy of Original 5/15/2026._

Exhibit A - Photographs or video stills of the Tesla vehicle fire, if available.

Exhibit B - Video evidence of the fire/incident. Plaintiff can provide the video by secure link, storage drive, court-approved electronic filing method, email if authorized by the proper recipient, or as directed by the Court.

Exhibit C - Emergency response / ambulance records from January 8, 2025, including transport from the I-5 incident scene.

Exhibit D - Medical records documenting second-degree burns, burn marks, scars, pain, or continuing injury.

Exhibit E - Photographs of second-degree burns and/or scars, if Plaintiff is required to produce them.

Exhibit F - Vehicle identification/ownership documents for 2014 Tesla Model S, VIN 5YJSA1H12EFP62280, including documents from owner Maria Salcedo if needed.

Exhibit G - Tesla Model S / S 85 recall, defect, battery-fire-risk, warning, or safety documents.

Exhibit H - Witness statements from the two or three gentlemen who helped get Plaintiff out of or away from the vehicle, if they can be identified.

Exhibit I - Psychiatrist, therapist, counselor, or medical provider statement concerning continuing trauma, treatment need, future treatment cost, and/or expected 10-year impact.

## 8. Request for Relief

Plaintiff asks the Court to enter judgment against Tesla, Inc. for economic damages of $200,000 and non-economic damages of $777,777, for total damages of $977,777, plus costs, filing fees, service fees, allowable interest, and any further relief the Court finds just and proper.

Plaintiff further asks that Tesla preserve and produce relevant records concerning recalls, battery defects, fire risks, thermal runaway events, warnings, repairs, investigations, and safety communications relating to 2014 Tesla Model S / S 85 vehicles and VIN 5YJSA1H12EFP62280.

DATED: May 13, 2026

Respectfully submitted,

[signature]

Jewlien Battles, Plaintiff
Address: 710 NE Killingsworth St Ct
Phone: 503-453-5118
Email: ______________________________

_Verified Correct Copy of Original 5/15/2026._

## VERIFICATION

I, Jewlien Battles, declare that I am the Plaintiff in this action. I have read this complaint or had it read to me. The factual statements are true and correct to the best of my knowledge, memory, and belief, and are based on my personal experience, records, video evidence, medical documentation, emergency records, and witness information.

DATED: May 13, 2026

______________________________________

Jewlien Battles

## NOTE ABOUT VIDEO AND MEDICAL EVIDENCE

Plaintiff has video evidence related to the January 8, 2025 Tesla fire. Plaintiff is willing to provide a copy to Tesla, Inc., its registered agent, counsel, the Court, or any proper party by email, secure electronic transfer, storage drive, court-approved electronic filing method, or other approved method upon request. Plaintiff should preserve the original video and produce copies in a way that avoids loss or alteration.

Plaintiff also has or can obtain emergency records, ambulance records, medical records, photos of second-degree burns/scars, and provider documentation relating to ongoing trauma, therapy, psychiatric care, and scar/burn-mark treatment.